Victor A. Sipos, Utah Bar No. 9211
UTAH LITIGATION CENTER
10421 South Jordan Gateway, Suite 600
South Jordan, UT 84095
Tel: 801-860-3444
Fax: 801-665-1266

Attorney for Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE ALAN WAYNE STREBECK and LINDA JOYCE STREBECK,<br><br>    Debtors, | Bankruptcy No. 10-36036 (Chapter 7)<br>Bankruptcy Court, Dist. of Utah<br>Adversary Proceeding No: 11-02242 |
| THOMAS SMITH; SANDRA YEE-SMITH; SUZANNE BECKLES; RONALD BANFORD; and VERONICA BANFORD,<br><br>    Plaintiffs,<br><br>v.<br><br>ALAN WAYNE STREBECK; LINDA JOYCE STREBECK; CHRIS CHANDLER; FULL MOON CAPITAL, LLC, a Nevada limited-liability company; KENSINGTON HOLDINGS, LLC, a Nevada limited-liability company; STREBECK'S SYNERGY GROUP, INC., and DOES 1-50,<br><br>    Defendants. | **District Court Case: 2:13-cv-27-DB**<br>**Hon. Dee Benson** |

# PLAINTIFFS' MOTION TO
# ALTER AMENDED JUDGMENT

-1-

Pursuant to Fed. R. Civ. P. 59(e), plaintiffs Thomas Smith and Sandra Yee-Smith ("plaintiffs") request the Court to alter or amend the AMENDED JUDGMENT IN A CIVIL CASE entered by the court clerk on March 11, 2014 as ECF Doc. No. 20 ("Amended Judgment"). More specifically, to avoid confusion about the liable parties, to give defendants credit for payments that plaintiffs received through bankruptcy court, and to conform to PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, ECF Doc. no. 13 ("Motion") and the Court's ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT dated January 14, 2014, ECF Doc. No. 17, plaintiffs ask that the Court add language to the existing Amended Judgment that is shown in ***bold italics***, as follows[1]:

> That judgment be entered in favor of the plaintiffs Thomas Smith and Sandra Yee-Smith and against the defendants ***Full Moon Capital, Alan Strebeck, and Christopher Chandler*** in the amount of $1,196,000 ***plus additional interest of 12% per year from the dates of payment for the securities ($1,121,000 on February 23, 2009; $75,000 on November 18, 2009) pursuant to Utah Code Ann. § 61-1-22(1)(b)***. The amount of the judgment shall be reduced by any ***bankruptcy distributions and*** restitution payments made by the defendants to the plaintiffs. ***This judgment is for violations by defendants of Federal and Utah securities laws.***

March 18, 2014          UTAH LITIGATION CENTER

                                     /s/ Victor Sipos
                                       By Victor Sipos
                                       Attorney for plaintiffs

---

[1] The dates of payment for the securities is in Statement of Fact No. 1. *Motion, ECF 13 at 4, SOF 1.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the date indicated below sent a PDF copy of the foregoing document as an email attachment to the following individuals:

| | |
|---|---|
| Cameron Hancock, Esq. | Nic Chamberlain, Esq. |
| Kirton McConkie Building | CHAMBERLAIN LAW |
| 50 East South Temple, Suite 400 | 427W 100 S |
| Salt Lake City, UT 84111 | St. George, Utah |
| Email: chancock@kmclaw.com | Email: chambynic@gmail.com |

March 18, 2014                        UTAH LITIGATION CENTER

/s/ Victor Sipos
By Victor Sipos
Attorney for plaintiffs