AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

FILED
U.S. DISTRICT COURT
2014 APR -2 ᗡ 2: 46

Central Division for the District of Utah
DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

THOMAS B. SMITH, SANDRA E. YEE-SMITH, RONALD BANFORD, VERONICA BANFORD, and SUZANNE A. BECKLES,

v.

CHRIS CHANDLER, FULL MOON CAPITAL, KENSINGTON HOLDINGS, ALAN WAYNE STREBECK, LINDA JOYCE STREBECK, and STREBECKS SYNERGY GROUP,

**SECOND AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00027-DB

IT IS ORDERED AND ADJUDGED

That judgment be entered in favor of the plaintiffs Thomas Smith and Sandra Yee-Smith and against the defendants Full Moon Capital, Alan Strebeck and Christopher Chandler for violations of Federal and Utah securities laws in the amount of $1,196,000.00 plus additional interest of 12% per year from the dates of payment for the securities ( $1,121,000.00 on February 23, 2009; $75,000.00 on November 18, 2009) pursuant to Utah Code Ann. § 61-1-22 (1)(b). The amount of the judgment shall be reduced by any bankruptcy distributions and restitution payments made by the defendants to the plaintiffs.

April 2, 2014
Date

D. Mark Jones
Clerk of Court

(By) Deputy Clerk