FILED
U.S. DISTRICT COURT
2015 JUL 20 ᴅ 12: 36
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Gregory N. Barrick (4952)
Terry L. Wade (3882)
Matthew F. Hafen (12534)
**DURHAM JONES & PINEGAR, P.C.**
192 East 200 North, Third Floor
St. George, Utah 84770
mhafen@djplaw.com
Telephone: (435) 674-0400
Facsimile: (435) 628-1610

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>ALAN WAYNE STREBECK and LINDA JOYCE STREBECK,<br><br>Debtors, | Bankruptcy No. 10-36036 (Chapter 7)<br>Adversary Proceeding No.: 11-02242 |
| THOMAS SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN WAYNE STREBECK, et al.,<br><br>Defendants | CASE NO.: 2:13-cv-27-DB<br>JUDGE: HON. DEE BENSON |

Durham Jones & Pinegar, P.C. ("DJP"), responds to Plaintiff's Interrogatories as follows:

INTERROGATORIES NOS. 1 - 4 relate to wages and are omitted.

INTERROGATORY NO. 5: Do you know of any other employment, income or income-producing activities, assets, or rights of defendant Alan Wayne Strebeck ("Defendant")? If so, please explain.

ANSWER: DJP is aware of rights that Alan Wayne Strebeck may have in distributions from The Strebeck Trust dated January 29, 1980 (the "Strebeck Trust"). DJP is not a Trustee of

STG_2289317.1

the Strebeck Trust and is not aware of any other employment, income or income-producing activities, assets, or rights of Alan Wayne Strebeck.

INTERROGATORY NO. 6: Other than as set forth above, are you indebted to Defendant or otherwise manage funds payable to Defendant?

ANSWER: No.

INTERROGATORY NO. 7: Do you know of any debts owing from any other person to Defendant or rights that Defendant otherwise has to payment from any source?

ANSWER: See the response to Interrogatory No. 5. DJP is not aware of any other debts owing from any other person to Defendant or rights that Defendant otherwise has to payment from any source.

DESCRIPTION: See the response to Interrogatory No. 5.

VALUE: See the response to Interrogatory No. 5.

INTERROGATORY NO. 8: Have you retained or deducted – from the property or money in which you are indebted to Defendant or that you otherwise have an obligation to pay to Defendant – any amount in payment, in full or in part, of a debt owed by Defendant or Plaintiff to you?

ANSWER: No.

INTERROGATORY NO. 9: If so, state the amount so retained or deducted and the person indebted for whom the amount has been retained or deducted.

ANSWER: See response to Interrogatory No. 8.

UNTIED STATES OF AMERICA ss:

I do swear, or affirm, that I am the garnishee, or person authorized to execute this instrument and make this verification on behalf of garnishee, and that the answers to the foregoing interrogatories are true to the best of my information and belief.

I also swear or affirm that I mailed by first class mail or hand-delivered a copy of the Writ of Garnishment Answers to Interrogatories, Notice of Garnishment and Exemptions, and two (2) copies of the Request for hearing, to the Defendant at:

1172 W. Sapphire Dr.
St. George, UT 84770
Date Mailed: July 13, 2015

Dated this 13th day of July, 2015.

**DURHAM JONES & PINEGAR, P.C.**

_____
Terry L. Wade
Signature of Garnishee or Authorized Signature on Behalf of Garnishee

SUBSCRIBED AND SWORN to before me this 13th day of July, 2015.

SHANAN ARSLANIAN
Notary Public
State of Utah
Comm. No. 666081
My Comm. Expires Apr 30, 2017

_____
Notary Public

STG_2289317.1

CERTIFICATE OF SERVICE

      I hereby certify that on July 13, 2015, I served a copy of Garnishee's Answers to Interrogatories on the following by U.S. Mail, postage pre-paid:

Victor A. Sipos
Sipos Law, PLLC
10421 South Jordan Gateway, Suite 600
South Jordan, UT 84095
victor@siposlaw.com

Alan Wayne Strebeck
1172 W. Sapphire Dr.
St. George, UT 84770

**DURHAM JONES & PINEGAR, P.C.**

_/s/ Matthew F. Hafen_
Matthew F. Hafen