# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE ALAN WAYNE STREBECK and LINDA JOYCE STREBECK, <br><br> Debtors, <br><br>——————————————————— <br><br> THOMAS SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALAN WAYNE STREBECK, et al., <br><br> Defendants. | Bankruptcy No. 10-36036 (Chapter 7) <br> Adversary Proceeding No. 11-02242 <br><br>——————————————————— <br><br> Case No. 2:13-CV-00027-DB-PMW <br><br><br> **ORDER DENYING WITHDRAWAL AS ATTORNEY OF RECORD FOR DEFENDANT CHRIS CHANDLER** |

The motion of Cameron M. Hancock and the law firm of Kirton McConkie for permission to withdraw as attorney of record for Defendant Chris Chandler is **DENIED** without prejudice. Under DUCivR 83-1.4(a)(1)(A), a motion to withdraw must include "the last known contact information of the moving attorney's client(s)."

DATED this 1st day of October, 2015.

BY THE COURT:

_____
PAUL M. WARNER
United States Magistrate Judge